**Joseph Anthony FAVORS,**
**Plaintiff–Appellant**

v.

**Michelle HOOVER; Emily Johnson Piper; Daniel Storkamp; Dennis Benson; Jeanine Herbert; Lori Swanson; Ralph Schmidt; Mandy Torgerson; Rob Rose; Dianna Magaard; Deb James; Juli Rose; Beth Virden; Joann Fabian; Jeffrey L. Peterson; Deborah J. Schadegg; Christopher Boreland; Mark Mehl; John King; Ann Linkert (Zimmerman); Jean Seykora; Thomas Lundquist; Chad Mesojedec; Todd White; (O.D.) Guillickson; Terry Kniesel; Jamie Kozisch; Tracy Gebhart; Craig Berg; Steve Youngst; Jon Hibber; Kevin Schlerer; Jena Jones; Rick O'Conner; Eyvette Anderson; Office of Health Facility Complaints; DHS Office of Maltreatment Complaints; Office of Licensing for the Security Hospital; The State of Minnesota; Rebecca Ranem, Defendants–Appellees**

No. 16-1888

United States Court of Appeals,
Eighth Circuit.

Submitted: November 4, 2016

Filed: November 8, 2016

Joseph Anthony Favors, Pro Se.

Angela Helseth Kiese, Assistant Attorney General, ATTORNEY GENERAL'S OFFICE, Saint Paul, MN, for Defendant–Appellee Michelle Hoover.

Anthony R. Noss, ATTORNEY GENERAL'S OFFICE, Saint Paul, MN, for Defendants–Appellees Emily Johnson Piper, Daniel Storkamp, Dennis Benson, Jeanine Herbert, Lori Swanson, Ralph Schmidt, Mandy Torgerson, Rob Rose, Dianna Magaard, Deb James, Juli Rose, Beth Virden, Ann Linkert (Zimmerman), Jean Seykora, Thomas Lundquist, Chad Mesojedec, Todd White, (O.D.) Guillickson, Terry Kniesel, Jamie Kozisch, Tracy Gebhart, Craig Berg, Steve Youngst, Jon Hibber, Kevin Schlerer, Jena Jones, Rick O'Conner, Eyvette Anderson, DHS Office of Maltreatment Complaints, Office of Licensing for the Security Hospital, The State of Minnesota, Rebecca Ranem.

Kelly Susan Kemp, Assistant Attorney General, ATTORNEY GENERAL'S OFFICE, Saint Paul, MN, for Defendants–Appellees Joann Fabian, Jeffrey L. Peterson, Deborah J. Schadegg, John King, Office of Health Facility Complaints.

Jeffrey A. Timmerman, DAKOTA COUNTY ATTORNEY'S OFFICE, Hastings, MN, for Defendants–Appellees Christopher Boreland, Mark Mehl.

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

PER CURIAM.

Joseph Anthony Favors appeals, following the entry of final judgment, a district court[1] order granting certain defendants' motions to dismiss his 42 U.S.C. § 1983 action. Upon de novo review, see Topchian v. JPMorgan Chase Bank, N.A., 760 F.3d 843, 848–49 (8th Cir. 2014), we find no error in the district court's analysis of Mr. Favors's claims. We grant the motion to supplement the record filed by Appellees Christopher Boreland and Mark Mehl, and we affirm the judgment of the district court. See 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.